**Opinion issued April 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00788-CV

_____

## IN RE ELITE SPECIALTY WELDING, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Elite Specialty Welding, LLC, has filed a petition for writ of mandamus to compel the trial court to vacate its order denying relator's motion to dismiss for forum non conveniens.[*]

---

[*] The underlying case is *Stacie Farris v. Elite Specialty Welding, LLC, Elite Industrial Services, Inc., and Packaging Corp. of America, Inc.*, cause number 2017-36068, pending in the 90th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

As relator has failed to establish that the trial court abused its discretion, we deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.